Steven **FOERSTEL**, Appellant,

v.

**STATE of Missouri**, Respondent.

No. WD 41992.

Missouri Court of Appeals,
Western District.

Feb. 27, 1990.

Gregory C. Wells, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, J., Presiding, and SHANGLER and TURNAGE, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for postconviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).

Ronald M. **CLARK**, Appellant,

v.

David H. **OLSON** and Cynthia S. Olson, Respondents.

No. WD 42007.

Missouri Court of Appeals,
Western District.

Feb. 27, 1990.

Wesley B. Jennings, Kansas City, for appellant.

John C. Dods, Kansas City, for respondents.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM.

Appellant, Ronald Clark, appeals a jury verdict in favor of defendants. He alleged that respondents misrepresented the condition of a home sold to him.

Judgment affirmed. Rule 84.16(b).